UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STANISLAV LEVIN,

                Plaintiff,

-v-

CREDIT SUISSE INC., *et al.*,

                Defendants.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 8/30/11
```

No. 11 Civ. 5252 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter from Defendant Metropolitan Life Insurance Company dated August 26, 2011, requesting an adjournment of the dates set in the Court's August 1, 2011 Order. All parties that have retained counsel consent to this request.

    Accordingly, IT IS HEREBY ORDERED that the Initial Status Conference presently scheduled for September 16, 2011 is adjourned to October 17, 2011 at 10:00 a.m. The initial submissions described in the Court's August 1, 2011 Order shall be due October 7, 2011.

    Plaintiff is ordered to serve Defendants with a copy of this Order and file a certificate of service on ECF indicating that this service was effectuated. Defendants shall thereafter file a proper notice of appearance through ECF.

SO ORDERED.

Dated:    August 30, 2011
            New York, New York

                                                    RICHARD J. SULLIVAN
                                                    UNITED STATES DISTRICT JUDGE