UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
STANISLAV LEVIN,

       Plaintiff,                         Civil Action No.:  **2011 CIV 5252- RJS**

  -against-

                                                    **ECF CASE**

CREDIT SUISSE INC., METROPOLITAN
LIFE INSURANCE COMPANY, and
AON HEWITT, INC.

       Defendants.
---------------------------------------------------------x

AFFIRMATION OF SERVICE

      HARRIETTE N. BOXER, an attorney, duly admitted to practice law in the federal courts for the Southern District of New York hereby affirms the following statements to be true:

      On Wednesday, August 31, 2011, I served the Order of the Court dated August 30, 2011, adjourning *inter alia* the status conference in the above referenced matter from September 16, 2011 to **October 17, 2011, at 10:00 a.m.** on the defendants who have so far appeared in this action by placing a copy of this document in a secure, pre-paid envelope and mailing same to the following addressees:

| | |
|---|---|
| Michael H. Bernstein, Esq. | Ira Rosenstein, Esq. |
| Sedgwick LLP | Morgan Lewis & Bockius |
| 125 Broad Street | 101 Park Avenue |
| 39th Floor | New York, NY 10178-0060 |
| New York, NY 10004-2400 | |
| Attorneys for MetLife | Attorneys for Credit Suisse |

                                                  __/s/ Harriette Boxer_____
                                                  HARRIETTE N. BOXER

Affirmed 8/31/11