UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STANISLAV LEVIN,

                    Plaintiff,

-v-

CREDIT SUISSE INC., *et al.*,

                    Defendants.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/11
```

No. 11 Civ. 5252 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of a letter from Defendant Metropolitan Life Insurance Company, dated September 22, 2011, requesting an adjournment of the initial conference currently scheduled for October 17, 2011 on the grounds that Defendant's lead counsel has an appearance scheduled before the United States Court of Appeals for the Second Circuit on that date. Defendant Credit Suisse consents to this request. The Court is also in receipt of a letter from Plaintiff, dated September 22, 2011, opposing the adjournment on the grounds that it would delay discovery, that there would not be another date soon on which all parties would be available, and that another attorney could represent Metropolitan Life at the hearing.

The Court finds that Defendant has articulated adequate grounds for an adjournment, and that a brief adjournment would not unduly delay the case or prejudice any party. Accordingly, IT IS HEREBY ORDERED that the Initial Status Conference presently scheduled for ~~September~~ October 17, 2011 at 10:00 a.m. is adjourned to October 21, 2011 at 10:15 a.m. The initial submissions described in the Court's August 1, 2011 Order shall be due by October 7, 2011.

Plaintiff is ordered to serve all Defendants with a copy of this Order and file a certificate of service on ECF indicating that this service was effectuated. The Court notes that in its Order

dated August 30, 2011 it directed Defendants to file a proper notice of appearance on ECF. Defendants shall file a proper notice of appearance through ECF forthwith.

SO ORDERED.

Dated:	September 22, 2011
	New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE