UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
STANISLAV LEVIN,

        Plaintiff,                  Civil Action No.:  **2011 CIV 5252- RJS**

  -against-

                                     **ECF CASE**

CREDIT SUISSE INC., METROPOLITAN
LIFE INSURANCE COMPANY, and
AON HEWITT, INC.

        Defendants.
-------------------------------------------------------x

        HARRIETTE N. BOXER, an attorney, admitted to appear in the United States District Court for the Southern District of New York hereby affirms the following:

     On Friday, September 23, 2011, I served an Order - adjourning the initial conference in this matter until October 21, 2011 at 10:15 am -  issued by Richard J. Sullivan, USDJ, dated September 22,2011 on the above referenced defendants, by placing a copy of this document in a secured, pre-paid envelope and mailing same via first class mail to the following addressees:

Michael H. Bernstein
SEDGWICK, DETERT, MORAN & ARNOLD LLP
125 Broad Street
39th Floor
New York, NY 10004-2400
Attorneys for Defendant, MetLife

Ira Rosenstein
MORGAN LEWIS & BOCKIUS
101 Park Avenue
New York, NY 10016
Attorneys for Defendant, Credit Suisse Inc.


Ms. Ilene S. Grant
Hewitt Associates LLC
100 Half Day Road
Lincolnshire, IL 60069
For Defendant, Hewitt Associates, LLC.
  sued as Aon Hewitt, Inc.


                                                                   /s/ Harriette Boxer
                                                               HARRIETTE N. BOXER

Affirmed 9/23/11.