UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
STANISLAV LEVIN,                                    Civ. Act. No.: 11 CV 5252 (RJS)

                              Plaintiff,

              -against-                                   **RULE 7.1 DISCLOSURE
                                                                  STATEMENT**

CREDIT SUISSE INC., METROPOLITAN LIFE
INSURANCE COMPANY, and AON HEWITT, INC.           DOCUMENT
                                                             ELECTRONICALLY FILED
                          Defendants.
-------------------------------------------------------------X

       The undersigned, counsel of record for defendant METROPOLITAN LIFE INSURANCE COMPANY, hereby makes the following disclosure statement pursuant to Federal Rule of Civil Procedure 7.1:

       1.    Metropolitan Life Insurance Company, a New York corporation with its principal place of business in New York, is a wholly owned subsidiary of MetLife, Inc., a publicly held corporation.

Dated: New York, New York
           September 26, 2011

                                                               Respectfully Submitted,

                                                               s/
                                                                MICHAEL H. BERNSTEIN (MB-0579)
                                                               MATTHEW P. MAZZOLA (MM-7427)
                                                               Sᴇᴅɢᴡɪᴄᴋ LLP
                                                               125 Broad Street, 39th Floor
                                                               New York, New York 10004-2400
                                                               Telephone: (212) 422-0202
                                                               Facsimile:  (212) 422-0925
                                                              *Attorneys for Defendant*
                                                              METLIFE LIFE INSURANCE COMPANY

TO:
Harriette N. Boxer
Law Office of Harriette N. Boxer
*Attorney for Plaintiff*
31 East 32nd Street, Suite 300
New York, New York
1(212)-481-8484


Ira G. Rosenstein, Esq.
Morgan, Lewis & Bockius, LLP
*Attorney for Defendant Credit Suisse*
101 Park Avenue
New York, NY 10178-0060
Phone: 212.309.6960
Fax: 212.309.6001

Ms. Ilene S. Grant
Hewitt Associates LLC
*For Defendant, Hewitt Associates, LLC*
*/s/h/a Aon Hewitt, Inc*
100 Half Day Road
Lincolnshire, IL 60069

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached **RULE 7.1 DISCLOSURE STATEMENT** (on behalf of The Metropolitan Life Insurance Company) was filed via ECF and served regular mail on September 26, 2011, upon:

Harriette N. Boxer
Law Office of Harriette N. Boxer
*Attorney for Plaintiff*
31 East 32nd Street, Suite 300
New York, New York
1(212)-481-8484; and


Ira G. Rosenstein, Esq.
Morgan, Lewis & Bockius, LLP
*Attorney for Defendant Credit Suisse*
101 Park Avenue
New York, NY 10178-0060
Phone: 212.309.6960
Fax: 212.309.6001


Ms. Ilene S. Grant
Hewitt Associates LLC
*For Defendant, Hewitt Associates, LLC.*
*s/h/a Aon Hewitt, Inc.*
100 Half Day Road
Lincolnshire, IL 60069


    s/
Matthew P. Mazzola (MM-7427)