AO 458 (Rev. 01/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| STANISLAV LEVIN | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 11-CV- 5252 (RJS) |
| CREDIT SUISSE INC., METROPOLITAN LIFE INSURANCE COMPANY, AND AON HEWIT, INC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

defendant Metropolitan Life Insurance Company.

Date: 09/27/2011

s/
*Attorney's signature*

Matthew P. Mazzola (MM-7427)
*Printed name and bar number*

Sedgwick LLP
125 Broad Street, 39th Floor
New York, New York 10004
*Address*

matthew.mazzola@sedgwicklaw.com
*E-mail address*

(212) 422-0202
*Telephone number*

(212) 422-0925
*FAX number*

## CERTIFICATE OF SERVICE

I, Matthew P. Mazzola, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF APPEARANCE** was served via ECF and regular mail on this 27th day of September, 2011, upon the following:

Harriette N. Boxer, Esq.
Law Office of Harriette N. Boxer
*Plaintiff's Attorney*
31 East 32nd Street, Suite 300
New York, New York 10016

Ira G. Rosenstein, Esq.
Morgan, Lewis & Bockius, LLP
*Attorney for Defendant Credit Suisse*
101 Park Avenue
New York, NY 10178-0060
Phone: 212.309.6960
Fax: 212.309.6001

Ms. Ilene S. Grant
Hewitt Associates LLC
*For Defendant, Hewitt Associates, LLC.*
*s/h/a AON Hewitt, Inc.*
100 Half Day Road
Lincolnshire, IL 60069

s/_____<br>Matthew P. Mazzola

Dated:   New York, New York
         September 27, 2011

1