UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
STANISLAV LEVIN,                      :

      Plaintiff,                    :

 -against-                           :   ELECTRONICALLY FILED

CREDIT SUISSE INC., METROPOLITAN      :   INDEX NO.  1:11-cv-5252
LIFE INSURANCE COMPANY, and AON
HEWITT, INC.,                         :

      Defendants.                   :

------------------------------------- X

**<u>DEFENDANT CREDIT SUISSE SECURITIES (USA) LLC'S
NOTICE OF APPEARANCE</u>**

PLEASE TAKE NOTICE that the undersigned has been retained by and hereby appears as counsel in the above-captioned action for and on behalf of Credit Suisse Securities (USA) LLC,[1] and requests that service of all papers herein be made upon the undersigned at the address set forth below.  The undersigned certifies that he is admitted to practice in this court.

Dated: New York, New York  
       October 5, 2011

Respectfully submitted,

_____/s/_____
Ira G. Rosenstein
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York  10178
(212) 309-6960
(212) 309-6001
irosenstein@morganlewis.com

---

[1] Credit Suisse, Inc. was erroneously sued as it is not the proper legal entity.  Accordingly, Morgan Lewis & Bockius LLP enters its appearance on behalf of Credit Suisse Securities (USA) LLC and not Credit Suisse Inc.

DB1/ 68208147.1