OCT 11 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
STANISLAV LEVIN,                         :

         Plaintiff,                    :

  -against-                             :    CIVIL ACTION NO. 11-cv-5252 (RJS)

CREDIT SUISSE INC., METROPOLITAN         :    **MOTION FOR ADMISSION**
LIFE INSURANCE COMPANY, and AON                     **PRO HAC VICE**
HEWITT, INC.,                            :

         Defendants.                   :

---------------------------------------- X

        Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Melissa D. Hill, Esq., hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Credit Suisse Inc. in the above-captioned action.

        I am in good standing of the bars of the State of New Jersey and the Commonwealth of Pennsylvania, and the Certificates of Good Standing are annexed hereto as Exhibits A and B. There are no pending disciplinary proceedings against me in any state or federal court.

Dated: New York, New York        Respectfully submitted,
       October 11, 2011

                                              Melissa D. Hill
                                              MORGAN, LEWIS & BOCKIUS LLP
                                              101 Park Avenue
                                              New York, New York 10178
                                              (212) 309-6318
                                              (212) 309-6001
                                              melissa.hill@morganlewis.com

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **MELISSA D HILL** (No. **029632004**) was constituted and appointed an Attorney at Law of New Jersey on **December 03, 2004** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.

In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **3RD** day of **October**, 20 **11**.



Clerk of the Supreme Court

-453a-



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Melissa Hill, Esq.

**DATE OF ADMISSION**

**November 1, 2004**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: October 3, 2011

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
STANISLAV LEVIN,                     :

      Plaintiff,              :

  -against-                         :

CREDIT SUISSE INC., METROPOLITAN     :
LIFE INSURANCE COMPANY, and AON
HEWITT, INC.,                        :

      Defendants.             :

------------------------------------ X

CIVIL ACTION NO. 11-cv-5252 (RJS)

ORDER FOR ADMISSION PRO HAC VICE

      The motion of Melissa D. Hill, Esq. for admission to practice Pro Hac Vice in the above-captioned action is granted.

      Applicant has declared that she is a member in good standing of the bars of the State of New Jersey and the Commonwealth of Pennsylvania; and that her contact information is as follows:

>  Melissa D. Hill
>  MORGAN, LEWIS & BOCKIUS LLP
>  101 Park Avenue
>  New York, New York 10178
>  (212) 309-6318
>  (212) 309-6001
>  melissa.hill@morganlewis.com

      Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Credit Suisse Inc. in the above-entitled action;

      **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before the Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at **apply for an ECF PASSWORD**.

Dated:

                                                                 United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2011, I served the foregoing Motion for Admission Pro Hac Vice by U.S. First Class mail upon:

Harriette N. Boxer
Attorney at Law
31 East 32nd Street
Suite 300
New York, NY 10016
212-481-8484, ext. 329
*ATTORNEY FOR PLAINTIFF*

Michael H. Bernstein
Sedgwick LLP
125 Broad Street
39th Floor
New York, NY 10004-2400
212-422-0202
*ATTORNEY FOR DEFENDANT METLIFE*

_____
Melissa D. Hill