UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
STANISLAV LEVIN,               :

        Plaintiff,            :

  -against-                   :    CIVIL ACTION NO. 11-cv-5252 (RJS)

                                                    ORDER FOR ADMISSION PRO HAC VICE

CREDIT SUISSE INC., METROPOLITAN   :
LIFE INSURANCE COMPANY, and AON
HEWITT, INC.,                  :

        Defendants.           :

------------------------------------ X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/12/11

       The motion of Melissa D. Hill, Esq. for admission to practice Pro Hac Vice in the above-captioned action is granted.

       Applicant has declared that she is a member in good standing of the bars of the State of New Jersey and the Commonwealth of Pennsylvania; and that her contact information is as follows:

            Melissa D. Hill
            MORGAN, LEWIS & BOCKIUS LLP
            101 Park Avenue
            New York, New York 10178
            (212) 309-6318
            (212) 309-6001
            melissa.hill@morganlewis.com

       Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Credit Suisse Inc. in the above-entitled action;

       **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before the Court are subject to the Local Rules of this Court, including

DB1/ 68222159.1

the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at **apply for an ECF PASSWORD**.

Dated:  10/11/11

United States District Judge