UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STANISLAV LEVIN,

                Plaintiff,

-v-

CREDIT SUISSE INC., *et al.*,

                Defendants.

No. 11 Civ. 5252 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/11

RICHARD J. SULLIVAN, District Judge:

As stated on the record during the conference held before the Court on October 24, 2011, IT IS HEREBY ORDERED THAT Plaintiff shall file an amended Complaint no later than November 7, 2011.

IT IS FURTHER ORDERED THAT Defendants shall produce the administrative record no later than November 7, 2011.

IT IS FURTHER ORDERED THAT the parties shall submit a joint letter no later than December 2, 2011 setting forth with specificity any discovery Plaintiff alleges is required, advising the Court as to whether Defendants intend to answer the amended Complaint or proceed with motions, and attaching relevant documents for the Court's consideration.

SO ORDERED.

Dated:      October 24, 2011
               New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE