UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/2011
```

STANISLAV LEVIN,

                Plaintiff,

-v-

CREDIT SUISSE INC., *et al.*,

                Defendants.

No. 11 Civ. 5252 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      On December 8, 2011, the Court issued an Order which, *inter alia*, directed Defendants to submit pre-motion letters regarding any anticipated motion to dismiss no later than December 16, 2011. Accordingly, IT IS HEREBY ORDERED THAT any Defendant that does not intend to move to dismiss the Amended Complaint shall file its answer no later than December 16, 2011.

SO ORDERED.

Dated:     December 12, 2011
              New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE