UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/2012
```

STANISLAV LEVIN,

                Plaintiff,

-v-

CREDIT SUISSE INC., *et al.*,

                Defendants.

No. 11 Civ. 5252 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of the following submissions: (1) a pre-motion letter from Defendant Metropolitan Life Insurance Company ("MetLife"), dated February 6, 2012, regarding its contemplated motion to dismiss the Second Amended Complaint; and (2) a letter from Plaintiff, dated February 8, 2012, responding to MetLife's arguments. The Court finds that an additional pre-motion conference is not necessary.

    Accordingly, IT IS HEREBY ORDERED THAT MetLife shall submit its contemplated motion no later than March 9, 2012. Plaintiff shall submit his opposition no later than April 9, 2012. MetLife shall submit its reply no later than April 19, 2012.

    IT IS FURTHER ORDERED THAT the parties shall appear for oral argument on May 14, 2012 at 10:00 a.m.

    IT IS FURTHER ORDERED THAT notwithstanding the filing of its motion to dismiss MetLife shall produce discovery, including but not limited to the claim file, consistent with its obligations as a third party to Plaintiff's claims against the other Defendants in this matter.

SO ORDERED.

DATED:    February 8, 2012
                New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE