UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/2012
```

STANISLAV LEVIN,

           Plaintiff,

-v-

CREDIT SUISSE INC., *et al.*,

           Defendants.

No. 11 Civ. 5252 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

By Order dated February 8, 2012, the Court granted defendant Metropolitan Life Insurance Co. leave to file a motion to dismiss the Second Amended Complaint and set a briefing schedule. The Court is now in receipt of a pre-motion letter from Defendants Credit Suisse and Aon Hewitt, Inc., dated February 13, 2012, requesting leave to file a motion to dismiss. The Court finds that a pre-motion conference is not needed.

Accordingly, IT IS HEREBY ORDERED THAT Defendants Credit Suisse and Aon Hewitt, Inc. may file their contemplated motion to dismiss. The parties shall follow the briefing and argument schedule set forth in the Court's February 8, 2012 Order.

SO ORDERED.

DATED:      February 14, 2012
                New York, New York

                                                          RICHARD J. SULLIVAN
                                                          UNITED STATES DISTRICT JUDGE