UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/2012
```

STANISLAV LEVIN,

                Plaintiff,

-v-

CREDIT SUISSE INC., *et al.*,

                Defendants.

No. 11 Civ. 5252 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    By Order dated February 14, 2012, the Court granted Defendants Credit Suisse and Aon Hewitt, Inc., leave to file a motion to dismiss the Second Amended Complaint. The Court is now in receipt of a letter from Plaintiff, dated February 14, 2012, responding to Defendants' pre-motion letter and further requesting that Defendants respond to Plaintiff's discovery demands, which were served on January 17, 2012, by February 16, 2012.

    Accordingly, because Defendants have not sought a stay of discovery, IT IS HEREBY ORDERED THAT Defendants shall comply with Plaintiffs' discovery demands and all other deadlines set forth in the Court's January 10, 2012 Scheduling Order.

SO ORDERED.

DATED:    February 15, 2012
                New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE