UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/2012
```

STANISLAV LEVIN,

                Plaintiff,

-v-

CREDIT SUISSE INC., *et al.*,

                Defendants.

No. 11 Civ. 5252 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      The Court is in receipt of a letter from Plaintiff, dated February 24, 2012, requesting leave to file a motion to compel and asserting that compliance with the Court's Individual Practices relating to discovery disputes would be a "waste of time and money." The Court finds that Defendants' alleged lack of cooperation and "boilerplate" objections to discovery do not excuse compliance with the procedure set forth by the Court and by Rule 37(a)(1) of the Federal Rules of Civil Procedure. Accordingly, Plaintiff's request is HEREBY DENIED. The parties are directed to comply with Rule 2.G of the Court's Individual Practices.

SO ORDERED.

DATED:     February 24, 2012
                New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE