UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
STANISLAV LEVIN,

       Plaintiff,                           Civil Action No.:  **2011 CIV 5252- RJS**

  v.

CREDIT SUISSE INC., METROPOLITAN
LIFE INSURANCE COMPANY, and
AON HEWITT, INC.

       Defendants.
-------------------------------------------------------x

### DEFENDANTS CREDIT SUISSE AND AON HEWITT'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

**PLEASE TAKE NOTICE** that upon Defendants' Memorandum in Support of Motion to Dismiss Plaintiff's' Amended Complaint, Defendants Credit Suisse and Aon Hewitt will move this Court before the Honorable Richard J. Sullivan, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, NY 10007, at a date and time to be determined by the Court, for an order, pursuant to Fed. R. Civ. P. 12(b)(6), dismissing all of Plaintiff's claims against Defendants Credit Suisse and Aon Hewitt for failure to state a claim upon which relief may be granted, and for such other and further relief as this Court may deem just and proper.

March 9, 2012
New York, NY

                                    /s/  Melissa D. Hill;
                             MORGAN LEWIS & BOCKIUS LLP
                             Melissa D. Hill
                             Ira G. Rosenstein
                             101 Park Avenue
                             New York, NY 10178
                             (212) 309-6318
                             melissa.hill@morganlewis.com
                             irosenstein@morganlewis.com

                             *Attorneys for Defendants Credit Suisse and Aon Hewitt*