UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
STANISLAV LEVIN,

                           Plaintiff,

       -against-

CREDIT SUISSE INC., METROPOLITAN LIFE
INSURANCE COMPANY, and AON HEWITT, INC.

                          Defendants.
------------------------------------------------------------------X

Civ. Act. No.: 11 CV 5252 (RJS)

**NOTICE OF MOTION**

DOCUMENT
ELECTRONICALLY FILED

      **PLEASE TAKE NOTICE** that, upon the Declaration of Cindy Broadwater dated March 9, 2012 and the exhibits annexed thereto, the Declaration of Michael H. Bernstein dated March 9, 2012 and the exhibits annexed thereto, and the accompanying Memorandum of Law, Defendant Metropolitan Life Insurance Company ("MetLife") by its attorneys, Sedgwick LLP, will move this Court at a time and date designated by the Court, before the Hon. Richard J. Sullivan, U.S.D.J., at the United States Courthouse, Southern District of New York, located at 500 Pearl Street, Courtroom 21C, New York, New York 10007, for an Order pursuant to FED. R. CIV. P. 12(b)(6) dismissing plaintiff's Second Amended Complaint in its entirety on the grounds that it fails to state a cause of action for which relief can be granted and for such other and further relief as this Court may deem just and proper.

      **PLEASE TAKE FURTHER NOTICE** that Judge Sullivan will hear oral argument on MetLife's Motion to Dismiss on a date and time to be designated by the Court.

NY/848786v1

Dated: New York, New York
       March 9, 2012

                                         Respectfully submitted,
                                           s/
                                         MICHAEL H. BERNSTEIN (MB-0579)
                                         MATTHEW P. MAZZOLA(MM-7427)
                                         SEDGWICK LLP
                                         125 Broad Street, 39th Floor
                                         New York, NY 10004
                                         Tel. (212) 422-0202
                                         Fax (212) 422-0925
                                         *Attorneys for Metropolitan Life Insurance Company*

TO:
Harriette N. Boxer
Law Office of Harriette N. Boxer
*Attorney for Plaintiff*
31 East 32nd Street, Suite 300
New York, New York
1(212)-481-8484

Ira G. Rosenstein, Esq.
Morgan, Lewis & Bockius, LLP
*Attorney for Defendant Credit Suisse
 and Hewitt, Inc.*
101 Park Avenue
New York, NY 10178-0060
Phone: 212.309.6960
Fax: 212.309.6001

NY/848786v1                                   2

## CERTIFICATE OF SERVICE

I, Matthew P. Mazzola, hereby certify and affirm that a true and correct copy of the attached **Notice of Motion** and a copy of the referenced documents in the statement was served **via ECF and Regular Mail** on March 9, 2012, upon the following:

Harriette N. Boxer
Law Office of Harriette N. Boxer
*Attorney for Plaintiff*
31 East 32nd Street, Suite 300
New York, New York
1(212)-481-8484

Ira G. Rosenstein, Esq.
Morgan, Lewis & Bockius, LLP
*Attorney for Defendant Credit Suisse, and Hewitt, Inc.*
101 Park Avenue
New York, NY 10178-0060
Phone: 212.309.6960
Fax: 212.309.6001

s/_____
MATTHEW P. MAZZOLA (MM-7427)