UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
STANISLAV LEVIN,

       Plaintiff,                           Civil Action No.:  **2011 CIV 5252- RJS**

  -against-                                    **ECS CASE**

CREDIT SUISSE INC., METROPOLITAN
LIFE INSURANCE COMPANY, and
AON HEWITT, INC.

       Defendants.
-------------------------------------------------------x

AFFIRMATION OF H.N. BOXER

       HARRIETTE N. BOXER, an attorney, duly admitted to practice before the United States District Court of for the Southern District of New York, hereby affirms that the following statements are true:

       1.      On or about November 8, 2011, I received certain documents from MetLife which it represented to be its initial disclosure under Fed.R.Civ.Pro § 26(a)(1).  These documents are numbered Levin 000001 - 000299.

       2.      Annexed hereto are six (6) documents from this initial disclosure:

| # | Description | Bates |
|---|---|---|
| 1. | Email dated 6/7/2010 - 9:42 am from MetLife to CS | Levin 000288 |
| 2. | Email dated 6/7/2010 - 9:53 am from MetLife to CS | Levin 000286 |
| 3. | Email dated 6/8/201 from CS to MetLife | Levin 000282 |
| 4. | Email dated 6/10/201 from MetLife to CS | Levin 000278 |
| 5. | Portion of MetLife's notes on Levin's 2010 claim | Levin 000160 |
| 6. | Portion of MetLife's notes on Levin's 2010 claim | Levin 000164 |

                                                            __/s/ Harriette N. Boxer____

Affirmed April 2, 2012.

LEVIN 000288

MetLife          6/7/2010 9:42:57 AM    PAGE    2/002    MetLife
100607F06059

Hello,

Could you please provide the employer statement for Stanislav Levin (ss#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). I am showing their last date worked as 6/6/2010.

The information can be faxed to: 1-800-230-9531 with the following claim number on it 211006028631, or it may be provided via a reply email to this address.

**We are unable to proceed with processing this claim without receipt of the employer portion of the claim.**

Thanks,

Tina Kulesa
Metlife Disability
STD/FML Claim Specialist
PH: (800) 300-4296
FX: (800) 230-9531

MetLife             6/7/2010 9:53:05 AM    PAGE    2/002    MetLife
                              100607F06178

Hello,

Could you please provide the employer statement for Stanislav Levin (ss#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).  I am showing their last date worked as 6/6/2008.

The information can be faxed to: 1-800-230-9531 with the following claim number on it: 211006028631, or it may be provided via a reply email to this address.

**We are unable to proceed with processing this claim without receipt of the employer portion of the claim.**

Thanks,

Tina Kulesa
Metlife Disability
STD/FML Claim Specialist
PH: (800) 300-4296
FX: (800) 230-9531

LEVIN 000286

Jun 08 2010 11:38:07        ->100608507685 etLife        Page 002

scan only ogc 211006028631
---- Forwarded by William Caroy/Ins/MetLife/US on 06/08/2010 11:18 AM ----

"Credit Suisse US Leave Admin Mailbox" <credit-suisseleave.us@hewitt.com>
Sent by: "Charl Chandler" <charl.chandler@hewitt.com>

To: pgsharedmail@metlife.com
cc: 211006028631.8665430151_SISCFAX1@metlife.com, ckulesa@metlife.com
Subject: Re: (MetLife Secure Message) ER statement needed for :

06/08/2010 11:05 AM

Hi Tina,

Leave Administration has not had contact with the employee. If you could have the employee call Leave Administration as soon as possible to request a leave of absence through Credit Suisse. Leave Specialists are available 9am - 5pm EST, Monday thru Friday at 1-888-325-2732. Once we speak with the employee, I will be able to confirm information for you.

Thank you.

Credit Suisse Absence Management Team

pgsharedmail@metlife.com

Sent by: ckulesa@metlife.com

To: Credit Suisse US Leave Admin Mailbox@Hewitt Associates NA, 211006028631.8665430151_SISCFAX1@metlife.com
cc:
Subject: (MetLife Secure Message) ER statement needed for :

06/07/2010 09:40 AM

Hello,

Could you please provide the employer statement for Stanislav Levin (ss#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 ). I am showing their last date worked as 6/6/2010.

The information can be faxed to: 1-800-230-9531 with the following claim number on it: 211006028631 , or it may be provided via a reply email to this address.

**We are unable to proceed with processing this claim without receipt of the employer portion of the claim.**

Thanks,

Tina Kulesa
Metlife Disability
STD/FML Claim Specialist
PH: (800) 300-4296
FX: (800) 230-9531

The information contained in this message may be CONFIDENTIAL and is for

LEVIN 000282

MetLife          6/10/2010 11:27:30 AM    PAGE    2/002     MetLife
                           100610F07730

Hi Dana,

The employee directory is not updated with your CCS info for LTD so I'm not sure who to direct this to.

I had a Credit Suisse employee call in a claim for a date of disability of 6/9/2008. We denied the claim for late submission and I'm not sure if the claim will bridge if in denied status.

The EE's name is Stanislav Levin and the SS# 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.

Just wanted to give you a heads up that an LTD claim might need to be built.

Tina Kulesa
MetLife Disability
STD/FMLA Case Manager Specialist
Fax: 1-800-230-9531
Phone: 1-800-300-4296

LEVIN 000278

Print Claim Activity

| Claim Number | Task Name | Task Status | Subject/Comments | Comment Date | Scheduled Date | Completed Date | Completed By |
|---|---|---|---|---|---|---|---|
| 74100611347 | Follow Up for Claimant Info (M) | Complete | make second attempt at ee interview | 06/14/2010 11:20 AM | 06/15/2010 11:20 AM | 06/18/2010 11:26 AM | Salerno, Mark J / LTD Clms Spec |
|  |  |  | his dx could receive, they were people in the group that stated that they were getting w/c, std and LTD. he discussed with his w/c attny and then called in claim to metlife 6/2/10. cs again asked if ee had any documentation from er that he was not eligible for std/ltd due to condition being work related and ee stated no. cs advised that review will continue and we will advise in a couple of days. |  |  |  |  |
| 21106028631 | Outgoing Call to Employer | Complete | at 212-325-7042 to see if er will allow late submission....ee claims er advised not to file std claim while wc clm is pending. | 06/21/2010 01:32 PM | 06/21/2010 01:32 PM | 06/21/2010 01:33 PM | Mariano, Lois / Unit Leader STD |
| 21106028631 | Outgoing Call to Employer | Complete | call made to serafina cavallo | 06/21/2010 01:33 PM | 06/21/2010 01:32 PM | 06/21/2010 01:33 PM | Mariano, Lois / Unit Leader STD |
| 74100611347 | Outgoing Communication | Complete | call to ee | 06/28/2010 11:31 AM | 06/28/2010 11:29 AM | 06/28/2010 11:31 AM | Salerno, Mark J / LTD Clms Spec |
| 74100611347 | Outgoing Communication | Complete | cs advised ee that file is still being reviewed he should check later in week. if he wants to submit appeal he can. ee stated he will wait until he hears from metlife on ltd ee had left message |  | 06/28/2010 11:29 AM | 06/28/2010 11:31 AM | Salerno, Mark J / LTD Clms Spec |

Print Claim Activity

| Claim Number | Task Name | Task Status | Subject/Comments | Comment Date | Comment | Scheduled Date | Completed Date | Completed By |
|---|---|---|---|---|---|---|---|---|
| 74100611347 | Outgoing Communication | Complete | | 07/22/2010 07:46 AM | denying claim for long term disability. | 07/22/2010 07:46 AM | 07/22/2010 07:46 AM | Salerno, Mark J / LTD Clms Spec |
| 74100611347 | Outgoing Communication | Complete | mailed denial letter to ee | 07/22/2010 07:46 AM | manually | 07/22/2010 07:46 AM | 07/22/2010 07:46 AM | Salerno, Mark J / LTD Clms Spec |
| 74100611347 | Coverage Verification | Complete | | 07/22/2010 07:56 AM | | 07/22/2010 07:56 AM | 07/22/2010 07:56 AM | Salerno, Mark J / LTD Clms Spec |
| 74100611347 | Coverage Verification | Complete | not completed | 07/22/2010 07:56 AM | as er statement not received and claim closed for late submission | 07/22/2010 07:56 AM | 07/22/2010 07:56 AM | Salerno, Mark J / LTD Clms Spec |
| 74100611347 | Follow Up - AFI | User Terminated | AUTOMATED FOLLOW UP - AFI WORK ITEM | 06/11/2010 08:54 AM | | 06/10/2011 08:09 AM | 07/22/2010 08:54 AM | Salerno, Mark J / LTD Clms Spec |
| 74100611347 | Outgoing Communication | Complete | | 07/22/2010 08:15 AM | | 07/22/2010 08:15 AM | 07/22/2010 08:15 AM | Salerno, Mark J / LTD Clms Spec |
| 74100611347 | Outgoing Communication | Complete | e-mail to er : ltd denial notice | 07/22/2010 08:15 AM | | 07/22/2010 08:15 AM | 07/22/2010 08:15 AM | Salerno, Mark J / LTD Clms Spec |
| 74100611347 | Outgoing Communication | Complete | | 07/22/2010 08:57 AM | | 07/22/2010 08:57 AM | 07/22/2010 08:57 AM | Salerno, Mark J / LTD Clms Spec |
| 74100611347 | Outgoing Communication | Complete | call to ee | 07/22/2010 08:57 AM | explained denial and appeal process | 07/22/2010 08:57 AM | 07/22/2010 08:57 AM | Salerno, Mark J / LTD Clms Spec |
| 74100611347 | DPA Converted Diary Memo | Complete | OGC INDEX DCN 100722F05374 | 07/22/2010 09:52 AM | OGC INDEX DCN 100722F05374 | 07/22/2010 09:52 AM | 07/22/2010 09:52 AM | Batch, UDS / System |
| 74100611347 | DPA Converted Diary Memo | Complete | OGC INDEX DCN 100723012091 | 07/23/2010 03:53 PM | OGC INDEX DCN 100723012091 | 07/23/2010 03:53 PM | 07/23/2010 03:53 PM | Batch, UDS / System |
| 74100611347 | Outgoing Communication | Complete | | | | 08/06/2010 02:30 PM | 08/06/2010 02:32 PM | Salerno, Mark J |