UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/2012
```

STANISLAV LEVIN,

       Plaintiff,

-v-

CREDIT SUISSE INC., *et al.*,

       Defendants.

No. 11 Civ. 5252 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

  The Court is in receipt of the following submissions: (1) a letter from Plaintiff, dated March 28, 2012, suggesting that the Court tailor its individual practices, stating that Plaintiff's fifth request to AON Hewitt is not overbroad, and requesting that Defendants' time to respond to Plaintiff's document requests be reduced; and (2) a letter from Defendant Metropolitan Life Insurance Co., dated March 30, 2012, objecting to Plaintiff's request.

  First, Plaintiff suggests that the Court tailor its individual practices to apprise litigants that they should specify the necessity of disputed categories of documents. The Court declines to do so, as the parties may provide any information that they determine is helpful to the Court in resolving the dispute that the parties have presented.

  Second, Plaintiff argues that its fifth request to AON Hewitt should not be deemed overbroad because Hewitt's only connection with this case is a single telephone call in March 2008 made by Plaintiff. If this is the case, it seems that Plaintiff can easily tailor his requests to Hewitt's actual role in this matter. Accordingly, the Court reaffirms its March 27, 2012 Order.

  Finally, Plaintiff argues that "[i]t feels prejudicial" to give Defendants 30 days to respond to his document requests, as required by Rule 34(b)(2)(A). The Court sees no reason why

Defendants should have less than the ordinary amount of time to respond to Plaintiff's requests.

Accordingly, Plaintiff's request is HEREBY DENIED.

SO ORDERED.

DATED:   April 3, 2012
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE