UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/2012

STANISLAV LEVIN,

                Plaintiff,

-v-

CREDIT SUISSE INC., *et al.*,

                Defendants.

No. 11 Civ. 5252 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of the following submissions: (1) a letter from Defendant Metropolitan Life Insurance Company, dated April 19, 2012, requesting an adjournment of the oral argument currently scheduled for May 14, 2012 due to counsel's scheduled appearance in the Second Circuit that day and stating that all parties consent to adjournment to May 15 or 16; and (2) a letter from Plaintiff, dated April 19, 2012, adding that Plaintiff would also consent to holding oral argument on May 8, 9, 10, or 11.

Accordingly, IT IS HEREBY ORDERED THAT oral argument on Defendants' motions to dismiss is adjourned to May 15, 2012 at 3:00 p.m.

SO ORDERED.

DATED:     April 23, 2012
               New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE