UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STANISLAV LEVIN,

                            Plaintiff,

-v-

CREDIT SUISSE INC., *et al.*,

                            Defendants.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/2012
```

No. 11 Civ. 5252 (RJS)
<u>ORDER</u>

<u>RICHARD J. SULLIVAN</u>, District Judge:

      The Court is in receipt of a letter from Plaintiff, dated April 30, 2012, requesting adjournment of discovery deadlines "[b]ecause [P]laintiff has obtained virtually no documents in response to either his first or second requests for documents from the respective defendants." Without elaborating upon Defendants' discovery failures or submitting a discovery letter in conformity with Rule 2.G of the Court's Individual Practices, Plaintiff nevertheless insists that "Defendants have virtually unfettered ability to frustrate and delay the discovery process." As a result, Plaintiff requests adjournment until thirty days from the date that Plaintiff receives a "substantive response" to his document requests.

      Although the Court declines to grant such an open-ended extension of the current discovery schedule, it will grant a 30-day extension of the current deadlines. Accordingly, IT IS HEREBY ORDERED THAT the parties shall comply with the following schedule for the remainder of discovery:

      Interrogatories shall be served by <u>June 1, 2012</u>.

      Depositions shall be completed by <u>July 15, 2012</u>.

      Requests to admit shall be served no later than <u>July 1, 2012</u>.

All discovery shall be completed no later than July 15, 2012.

The Court will conduct a post-discovery conference on July 27, 2012 at 9:30 a.m. If either party contemplates a motion, pre-motion letters are to be submitted by July 15, 2012.

The parties are reminded of their obligations pursuant to the Federal Rules of Civil Procedure and the Court's prior case management order (Doc. No. 22). Failure to abide by those obligations will result in the imposition of sanctions by the Court. The parties are also advised that no further extensions of the discovery schedule will be granted absent serious, sanctionable failures to comply with reasonable discovery demands.

SO ORDERED.

DATED:   May 1, 2012
         New York, New York

                                        _____
                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE