UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/3/2012
```

STANISLAV LEVIN,

                 Plaintiff,

-v-

CREDIT SUISSE INC., *et al.*,

                 Defendants.

No. 11 Civ. 5252  (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    By Order dated May 1, 2012, the Court ordered a 30-day extension of discovery deadlines in the above-captioned matter. The Court is now in receipt of the following submissions: (1) a letter from Defendant Metropolitan Life Insurance Company, dated May 2, 2012, requesting that the Court reconsider its May 1, 2012 Order; and (2) a letter from Plaintiff, dated May 2, 2012, opposing Defendant's request.

    Having carefully considered the parties' submissions and the arguments set forth therein, the Court HEREBY ORDERS THAT Defendant's request is denied.

SO ORDERED.

DATED:    May 2, 2012
                New York, New York

                                             RICHARD J. SULLIVAN
                                             UNITED STATES DISTRICT JUDGE