UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/2012
```

STANISLAV LEVIN,

                Plaintiff,

-v-

CREDIT SUISSE INC., *et al.*,

                Defendants.

No. 11 Civ. 5252 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of the following submissions: (1) a joint letter from the parties, dated May 18, 2012, regarding a discovery dispute; and (2) an emailed message from Plaintiff, dated May 18, 2012, seeking to clarify matters raised in the joint letter.

    The Court held oral argument regarding Defendants' motions to dismiss this action on May 15, 2012. Accordingly, IT IS HEREBY ORDERED THAT discovery is stayed pending the resolution of Defendants' motions.

SO ORDERED.

DATED:    May 22, 2012
                New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE