UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/2012
```

STANISLAV LEVIN,

                Plaintiff,

-v-

CREDIT SUISSE INC., *et al.*,

                Defendants.

No. 11 Civ. 5252 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    By Order dated May 22, 2012, the Court stayed discovery pending resolution of Defendants' motions to dismiss. Accordingly, IT IS HEREBY ORDERED THAT the post-discovery conference currently scheduled for July 27, 2012 at 9:30 a.m. is adjourned without date. The Court will set a new date for the conference if necessary after it resolves Defendants' motions.

SO ORDERED.

DATED:     July 10, 2012
               New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE