UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------

STANISLAV LEVIN,                                                                      Case No. 11 CIV 5252- RJS
                       Plaintiff,

    -against-

CREDIT SUISSE INC., METROPOLITAN
PROPOSED SECOND LIFE INSURANCE
COMPANY, and AON HEWITT, INC.
                       Defendant.
------------------------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☒  I have cases pending                    ☐  I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Michael H. Bernstein
FILL IN ATTORNEY NAME

My SDNY Bar Number is: MB0579          My State Bar Number is _____

I am,

    ☒   An attorney
    ☐   A Government Agency attorney
    ☐   A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Sedgwick LLP
                  FIRM ADDRESS: 125 Broad Street, New York New York 10004
                  FIRM TELEPHONE NUMBER: 212-422-0202
                  FIRM FAX NUMBER: 212-422-0925

NEW FIRM:   FIRM NAME: Sedgwick LLP
                  FIRM ADDRESS: 225 Liberty Street, 28th Fl., New York, NY 10281
                  FIRM TELEPHONE NUMBER: 212-422-0202
                  FIRM FAX NUMBER: 212-422-0925

☒  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐  I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

Dated: 10/12/2012                              s/ _____
                                             ATTORNEY'S SIGNATURE



American LegalNet, Inc.
www.FormsWorkFlow.com

### CERTIFICATE OF SERVICE

I, Michael H. Bernstein, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF CHANGE OF ADDRESS** was served via ECF on this 12th day of October, 2012, upon the following:

>HARRIETTE N. BOXER
>Attorney for Plaintiff, Stanislav Levin
>31 East 32nd Street, Suite 300
>New York, NY 10016
>212-481-8484

s/ _____
Michael H. Bernstein

Dated:   New York, New York
         October 12, 2012