UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------
STANISLAV LEVIN,

                Plaintiff,                    Civ. Act. No.: 11 CV 5252 (RJS)

    -against-

CREDIT SUISSE INC., METROPOLITAN LIFE
INSURANCE COMPANY, and AON HEWITT, INC.
                Defendant.
------------------------------------------------------------------------------

                NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☒   I have cases pending         ☐   I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

        Matthew P. Mazzola
        FILL IN ATTORNEY NAME

MY SDNY number is:    (MM 7427)

I am,

☒   An attorney
☐   A Government Agency attorney
☐   A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Sedgwick LLP
                FIRM ADDRESS:  125 Broad Street, New York New York 10004
                FIRM TELEPHONE NUMBER: 212-422-0202
                FIRM FAX NUMBER: 212-422-0925

NEW FIRM:    FIRM NAME: Sedgwick LLP
                FIRM ADDRESS: 225 Liberty Street, 28th Fl., New York, NY 10281
                FIRM TELEPHONE NUMBER: 212-422-0202
                FIRM FAX NUMBER: 212-422-0925

☒   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

Dated: 11/13/12                        s/ _____
                                      ATTORNEY'S SIGNATURE
                                      Matthew P. Mazzola


American LegalNet, Inc.
www.FormsWorkFlow.com

## CERTIFICATE OF SERVICE

I, Matthew P. Mazzola, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF CHANGE OF ADDRESS** was served via ECF on this 13th day of November, 2012, upon the following:

Harriette N. Boxer
Law Office of Harriette N. Boxer
*Attorney for Plaintiff*
31 East 32nd Street, Suite 300
New York, New York
1(212)-481-8484


Ira G. Rosenstein, Esq.
Morgan, Lewis & Bockius, LLP
*Attorney for Defendant Credit Suisse,
and Hewitt, Inc.*
101 Park Avenue New York, NY 10178-0060
Phone: 212.309.6960 Fax: 212.309.6001

                                                s/_____
                                                   Matthew P. Mazzola

Dated:    New York, New York
             November 13, 2012