UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
STANISLAV LEVIN,

        Plaintiff,                       Civil Action No.: **2011 CIV 5252- RJS**

  -against-

CREDIT SUISSE INC., METROPOLITAN
LIFE INSURANCE COMPANY, and
AON HEWITT, INC.                           NOTICE OF MOTION

        Defendants.
-------------------------------------------------------x

      PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in support of this motion, the plaintiff, Stanislav Levin, will move this Court, before United States District Judge Richard J. Sullivan, on Thursday, April 18, 2013, for an order pursuant to Rule 60(b) of the Federal Rules of civil Procedure as well as Local Civil Rule 6.3 granting plaintiff reconsideration of a portion of the District Court's Memorandum and Order dated March 18, 2013 (entered March 19, 2013

      I declare under penalty of perjury that the foregoing is true and correct.

Dated:  New York, N.Y.
          March 19, 2013

                                      ___Harriette N. Boxer_____
                                      HARRIETTE N. BOXER - hb9681
                                      Attorney for Plaintiff, Stanislav Levin
                                      31 East 32nd Street, Suite 300
                                      New York, N.Y. 10016
                                      (212) 481-8484