UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-4-13
```

STANISLAV LEVIN,

                Plaintiff,

-v-

CREDIT SUISSE INC., *et al.*,

                Defendants.

No. 11 Civ. 5252 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      The Court is in receipt of a letter from Plaintiff, dated April 2, 2013, seeking leave to (1) amend the caption of this action by dismissing Credit Suisse Inc. as a defendant and (2) file a Third Amended Complaint that adds new causes of action against the remaining Defendants. Accordingly, IT IS HEREBY ORDERED THAT Defendants shall respond to Plaintiff's letter by April 8, 2013.

SO ORDERED.

DATED:    April 4, 2013
              New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE