ATTORNEYS AT LAW
225 LIBERTY STREET, 28TH FLOOR   NEW YORK, NY 10281-1008
www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*

# Sedgwick LLP

**MEMO ENDORSED**

*Michael H. Bernstein*
*(212) 898-4011*
*michael.bernstein@sdma.com*

April 5, 2013

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-8-13

*Via Email*
Hon. Richard J. Sullivan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 640
New York, New York 10007

Re: *Stanislav Levin v. Credit Suisse, Metropolitan Life Insurance Company and AON Hewitt, Inc.*
Civil Action No.: 11-cv-5252
Our File No.: 00584-007678

Dear Judge Sullivan:

This office represents the defendant Metropolitan Life Insurance Company ("MetLife") in the above-referenced matter. We submit this letter on behalf of all defendants in this case requesting a four (4) day extension of time to file their respective responses to the plaintiff's letter requesting a pre-motion conference regarding his anticipated motion for leave to amend his Second Amended Complaint from April 8, 2013 to April 12, 2013.

On April 2, 2013, plaintiff's counsel submitted a letter to the Court requesting a pre-motion conference. By Order dated April 4, 2013, Your Honor ordered the defendants to respond to plaintiff's letter by April 8, 2013. Due to the press of other briefing deadlines in several other pending cases, counsel for the defendants require a four (4) day extension of time to respond to the plaintiff's letter. This request is being made upon the consent of all the parties in this matter. In addition, this is defendants' first request for an adjournment of the above-referenced date, and this adjournment will not affect any other previously scheduled dates.

I greatly appreciate your consideration of this matter.

Respectfully submitted,

*[signature]*

Michael H. Bernstein
Sedgwick LLP

cc: *Counsel for Plaintiff and Co-defendants*

SO ORDERED
Dated: 4/8/13
RICHARD J. SULLIVAN
U.S.D.J.

NY/1258730v1