UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STANISLAV LEVIN,

                Plaintiff,

-v-

CREDIT SUISSE INC., *et al.*,

                Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-30-13

No. 11 Civ. 5252 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a pre-motion letter from Plaintiff, dated April 2, 2013, seeking leave to file a Third Amended Complaint (1) removing Credit Suisse Inc. ("Credit Suisse") as a Defendant; (2) adding two new entities – the Employee Benefits Committee and the Credit Suisse Benefits Service Center – as Defendants; and (3) asserting new causes of action. The Court is also in receipt of letters from Defendants – one from Metropolitan Life Insurance Co., dated April 12, 2013, and another from Credit Suisse and Aon Hewitt, Inc., also dated April 12, 2012 – opposing Plaintiff's request for leave to amend.

    Obviously, Plaintiff has already tried and failed three times to adequately plead causes of action in this matter, and Plaintiff's instant request comes on the heels of the Court's dismissal of his Second Amended Complaint in its entirety. Given this posture, Plaintiff's motion to amend his pleading is unlikely to succeed. Nevertheless, if Plaintiff wishes to file a motion seeking leave to amend his pleading pursuant to Federal Rule of Civil Procedure 15(a)(2), he may do so

no later than May 29, 2013. The Court will then review Plaintiff's motion and determine whether further briefing is needed.

SO ORDERED.

DATED:   April 29, 2013
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE