UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
STANISLAV LEVIN,

          Plaintiff,                   Civil Action No.: **2011 CIV 5252- RJS**

   -against-

CREDIT SUISSE INC., METROPOLITAN
LIFE INSURANCE COMPANY, and
AON HEWITT, INC.                         NOTICE OF MOTION

          Defendants.
------------------------------------------------------x

      PLEASE TAKE NOTICE that upon the accompanying Affidavit of Stanislav Levin,

sworn to May 10, 2013, the Declaration of Harriette N. Boxer, dated May 28, 2013, the exhibits

annexed thereto, and the Memorandum of Law in support of this motion, the plaintiff, Stanislav

Levin, will move this Court, before United States District Judge Richard J. Sullivan, on

Thursday, June 27, 2013, for an order pursuant to Rule 15(a) of the Federal Rules of Civil

Procedure granting plaintiff leave to amend his complaint.

      I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, N.Y.
      May 28, 2013

                         ___Harriette N. Boxer_____
                         HARRIETTE N. BOXER - hb9681
                         Attorney for Plaintiff, Stanislav Levin
                         31 East 32nd Street, Suite 300
                         New York, N.Y. 10016
                         (212) 481-8484