UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-4-13
```

STANISLAV LEVIN,

                Plaintiff,

-v-

CREDIT SUISSE INC., *et al.*,

                Defendants.

No. 11 Civ. 5252 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    On May 28, 2013, Plaintiff moved for leave to file a third amended complaint. Accordingly, IT IS HEREBY ORDERED THAT Defendants shall respond to Plaintiff's motion by June 19, 2013, and Plaintiff shall submit any reply by June 26, 2013.

SO ORDERED.

DATED:    June 4, 2013
              New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE