UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
STANISLAV LEVIN,                                          Civ. Act. No.: 11 CV 5252 (RJS)

                      Plaintiff,

                                                                   **NOTICE OF MOTION**

        -against-

CREDIT SUISSE INC., METROPOLITAN LIFE                    DOCUMENT
INSURANCE COMPANY, and AON HEWITT, INC.                  ELECTRONICALLY FILED

                      Defendants.
-------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law simultaneously submitted herewith and upon all the papers and proceedings previously submitted herein, Defendant Metropolitan Life Insurance Company ("MetLife") by its attorneys, Sedgwick LLP, will move this Court before the Hon. Richard J. Sullivan, U.S.D.J. at the Thurgood Marshall United States Courthouse, Southern District of New York, located at 40 Foley Square, Courtroom 905, New York, New York 10007, at a time and date to be designated by the Court, for an Order pursuant to pursuant to Rule 56(e), FED. R. CIV. PROC., striking from plaintiff Stanislav Levin's ("Levin") Reply Memorandum of Law in further Support of his Motion for Leave to File a Third Amended Complaint dated June 26, 2013 (Doc No. 67) new arguments and allegations improperly asserted for the first time in this Reply in further support of his Motion for Leave to File a Third Amended Complaint; and for such other and further relief as this Court deems just and proper.

1

NY/848786v1

Dated: New York, New York
July 12, 2013

Respectfully submitted,

_s/_____
MICHAEL H. BERNSTEIN (MB-0579)
MATTHEW P. MAZZOLA (MM-7427)
SEDGWICK LLP
225 Liberty Street, 28th Floor
New York, NY 10281-1008
Telephone: (212) 422-0202
Facsimile:  (212) 422-0925
(Sedgwick File No. 00584-7678)
*Attorneys for Metropolitan Life Insurance Company*

TO:
Harriette N. Boxer
Law Office of Harriette N. Boxer
*Attorney for Plaintiff*
31 East 32nd Street, Suite 300
New York, New York
1(212)-481-8484

Ira G. Rosenstein, Esq.
Morgan, Lewis & Bockius, LLP
*Attorney for Defendant Credit Suisse
 and Hewitt, Inc.*
101 Park Avenue
New York, NY 10178-0060
Phone: 212.309.6960
Fax: 212.309.6001

## CERTIFICATE OF SERVICE

I, Matthew P. Mazzola, hereby certify and affirm that a true and correct copy of the attached **Notice of Motion** was served **via ECF and Regular Mail** on July 12, 2013, upon the following:

Harriette N. Boxer
Law Office of Harriette N. Boxer
*Attorney for Plaintiff*
31 East 32nd Street, Suite 300
New York, New York
1(212)-481-8484

Ira G. Rosenstein, Esq.
Morgan, Lewis & Bockius, LLP
*Attorney for Defendant Credit Suisse,
and Hewitt, Inc.*
101 Park Avenue
New York, NY 10178-0060
Phone: 212.309.6960
Fax: 212.309.6001

s/
MATTHEW P. MAZZOLA (MM-7427)