UNITIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
STANISLAV LEVIN            ,            Civil Action No. 11 Civ. 5252 (RJS)

       Plaintiff,

   v.                                      Notice of Appeal

CREDIT SUISSE INC. *et al.*,

       Defendants.
------------------------------------------------------x

    Notice is hereby given that STANISLAV LEVIN, the plaintiff in the above-named case hereby appeals to the United States Court of Appeals for the Second Circuit from two orders entered in this action on the 4th day of February, 2014; the first order denies plaintiff's motion seeking reconsideration of a certain 3/19/13 order which dismissed plaintiff's complaint and the second order denies plaintiff's motion seeking leave to amend his complaint.

Dated:  New York, NY
        February 7, 2014

                                    /s/ Harriette Boxer_____
                                  HARRIETTE N. BOXER
                                  Attorney for Plaintiff-Appellant,
                                     Stanislav Levin
                                  31 East 32nd Street, Suite 300
                                  New York, NY 10016